UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ROBERT HEARD,

Plaintiff,

v.  609CV068

DR. PAIDI,

Defendant.

## ORDER

Before the Court is Plaintiff Robert Heard's "Motion to Secure Appeal." Doc. # 55. Heard does not identify any particular Order he wishes to appeal. He dedicates most of his four-page motion to venting his frustrations about the Court's denial of an earlier request for *in forma pauperis* status on appeal, doc. ## 45 (motion), 48 (denial), so the Court construes his motion as a motion for reconsideration of its denial. *See* doc. # 55 at 1 ("[The Court's] denial is because it is thought that I have no arguable issue of law."), 3 ("To deny me access to appeal the Court's decision is fundamentally unfair and schoking [sic] to [a] sense of justice."). Contrary to Heard's assertions, however, this Court's denial of IFP status did not deny him access to an appeal. It simply denied him *IFP status* on appeal. The appeal was still submitted to the Eleventh Circuit. Doc. # 47. That Court, however, recently dismissed the appeal, sua sponte, for lack of jurisdiction because the Order Heard sought to appeal was "not a final and appealable order because it did not dispose of all the claims against all the defendants." Doc. # 60. In light of the foregoing, Heard's motion is *DENIED*. Doc. # 55.

This day of 19 April 2010.

*/s/ B. Avant Edenfield*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA